| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | TIMOTHY H. DELGADO<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL SANCHEZ-MADRIS, and<br>MARK ESPINOZA,<br><br>Defendants. | 2:17-CR-00140-JAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: September 12, 2017<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |

Plaintiff United States of America, through its undersigned counsel, and Defendants Gabriel Sanchez-Madris and Mark Espinoza, through their respective counsel of record, stipulate that the status conference currently set for September 12, 2017, be continued to October 10, 2017, at 9:15 a.m.

On August 17, 2017, both Defendants were arraigned on the two-count Indictment in this case. (ECF No. 18.) Since that time, the United States has been preparing all of the outstanding discovery in this case, the preparation of which is now complete. On Monday, September 11, the government expects to produce to the defense all relevant discovery in this matter. This includes approximately 84 pages of written materials (i.e., the Forest Service's official report of investigation), as well as a disk containing numerous photos and videos of the incident site. Once these materials are produced, defense counsel will require time to review them, to confer with their clients, to conduct further research and investigation about the charged offenses, and to otherwise prepare for trial.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
STATUS CONFERENCE

1

Based on the foregoing, the parties stipulate that the status conference currently set for September 12, 2017, be continued to October 10, 2017, at 9:15 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date this order issues to and including October 10, 2017, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4, based on continuity of counsel and defense preparation.

Counsel and the Defendants also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the Defendant in a speedy trial.

Respectfully submitted,

Dated: September 8, 2017  */s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States

Dated: September 8, 2017  */s/ THD for Sean Riordan*
SEAN RIORDAN
Assistant Federal Defender
Attorney for Defendant Gabriel Sanchez-Madris

Dated: September 8, 2017  */s/ THD for Dina Santos*
DINA SANTOS
Attorney for Defendant Mark Espinoza

| | |
|---|---|
| 1 | <u>ORDER</u> |
| 2 | The Court, having received and considered the parties' stipulation, and good cause appearing |
| 3 | therefore, adopts the parties' stipulation in its entirety as its order.  The Court specifically finds that the |
| 4 | failure to grant a continuance in this case would deny counsel reasonable time necessary for effective |
| 5 | preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice |
| 6 | are served by granting the requested continuance and outweigh the best interests of the public and the |
| 7 | Defendants in a speedy trial. |
| 8 | The Court orders that the time from the date the parties stipulated, up to and including October 10, |
| 9 | 2017, shall be excluded from computation of time within which the trial in this case must be commenced |
| 10 | under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for |
| 11 | counsel to prepare] and General Order 479 (Local Code T4).  It is further ordered that the September 12, |
| 12 | 2017 status conference shall be continued until October 10, 2017, at 9:15 a.m. |

Dated:  September 8, 2017            /s/ John A. Mendez_____
                                     Hon. John A. Mendez
                                     United States District Court Judge