Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
Mark Espinoza

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>            v.<br><br>MARK ESPINOZA<br>GABRIEL SANCHEZ-MADRIS.<br>                          Defendants | CASE NO. 14-00140 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE CASE TO JANUARY 9, 2018, AT 9:15 A.M.(AMENDED) |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, Timothy Delgado and Defendants Mark Espinoza, by and through his Counsel of record, Dina Santos, and Defendant Gabriel Sanchez-Madris, by and through his Counsel of Record, Sean Riordan, hereby stipulate as follows:

1.    By previous order, this matter was set for status on November 7, 2017.

2.    By this stipulation, defendant now moves to continue the status conference until January 9, 2018, and to exclude time between November 7, 2017, and January 9, 2018, under Local Code T4. Plaintiff does not oppose this request.

3.    The parties agree and stipulate, and request that the Court find the following:

a)    Counsel for defendants require additional time to conduct investigation which includes attempting to visit the grow site, engage in negotiations with the Government in an effort to reach a plea agreement, and to otherwise prepare for trial. Counsel for Defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

1      b)      The government does not object to the continuance.

2      c)      Based on the above-stated findings, the ends of justice served by continuing the

3   case as requested outweigh the interests of the public and the defendants in a Speedy Trial.

4      d)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

5   et seq., within which trial must commence, the time period. From the date of the parties,

6   stipulation November 7, 2017, to January 9, 2018, inclusive, is deemed excludable pursuant to

7   18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted

8   by the Court at Defendants' request on the basis of the Court's finding that the ends of justice

9   served by taking such action outweigh the best interest of the public and the defendants in a

10  speedy trial.

11     4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

12  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

13  must commence.

14     IT IS SO STIPULATED.

16  Dated:  November 3, 2017              PHILLIP TALBERT
                                         United States Attorney

18                                       /s/ Timothy Delgado
                                         TIMOTHY DELGADO
19                                       Assistant United States Attorney

21  Dated:  November 3, 2017              /s/   Dina L. Santos
                                         DINA SANTOS, ESQ.
22                                       Attorney for Mark Espinoza

| Dated: November 3, 2017 | /s/ Sean Riordan |
|---|---|
| | SEAN RIORDAN, ESQ.<br>Attorney for Gabriel Sanchez-Madris |

## ORDER

IT IS SO FOUND AND ORDERED this 3rd day of November, 2017.

**/s/ JOHN A. MENDEZ**

United States District Court Judge