| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| 2 | Federal Defender<br>SEAN RIORDAN, #255752 |
| 3 | Assistant Federal Defender<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA  95814<br>Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | Sean_riordan@fd.org |
| 6 | Attorney for Defendant<br>GABRIEL SANCHEZ-MADRIS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:17-cr-140-JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE, AND TO EXCLUDE |
| vs. | ) | TIME |
| | ) | |
| GABRIEL SANCHEZ-MADRIS, and | ) | Date:  February 20, 2018 |
| MARK ESPINOZA, | ) | Time:  9:15 A.M. |
| | ) | Judge: Hon. John A. Mendez |
| Defendants. | ) | |
| | ) | |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, United States Attorney McGregor W. Scott, through Assistant United States Attorney Timothy H. Delgado, attorney for Plaintiff; Federal Defender Heather Williams, through Assistant Federal Defender Sean Riordan, attorney for defendant Gabriel Sanchez Madris; and Dina Santos, attorney for defendant Mark Espinoza that the previously scheduled status conference date of February 20, 2018 be vacated and the matter be set for status conference on March 13, 2018 at 9:15 a.m.

     Defense counsel require additional time to review 2,638 pages of discovery and 20 audio and video files, to conduct additional defense investigation and to confer with clients regarding a possible change of plea.

Stipulation to Continue      -1-

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date of this stipulation, February 16, 2018, through and including March 13, 2018; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon defense preparation.

All counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: February 16, 2018  HEATHER E. WILLIAMS
Federal Defender

*/s/ Sean Riordan*
SEAN RIORDAN
Assistant Federal Defender
Attorney for Defendant
Gabriel Sanchez-Madris

Dated: February 16, 2018  */s/ Dina Santos*
DINA SANTOS
Attorney for Defendant
Mark Espinoza

Dated: February 16, 2018  McGREGOR W. SCOTT
United States Attorney

By: */s/ Timothy H. Delgado*
TIMOTHY DELGADO
Assistant U.S. Attorney
Attorney for Plaintiff

1 <u>ORDER</u>

2 IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'
stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as
its order. The Court specifically finds the failure to grant a continuance in this case would deny
defense counsel reasonable time necessary for effective preparation, taking into account the
exercise of due diligence. The Court finds the ends of justice served by granting the requested
continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from the date the parties' stipulation, February 16, 2018, up to
and including March 13, 2018, shall be excluded from computation of time within which the trial
of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §
3161(h)(7)(A) and(B)(iv) [reasonable time for defense counsel to prepare] and General Order
479, (Local Code T4). It is further ordered the February 20, 2018 status conference shall be
continued until March 13, 2018, at 9:15 a.m.

Dated: February 16, 2018        /s/ John A. Mendez_____
                                Hon. John A. Mendez
                                United States District Court Judge

Stipulation to Continue                -3-