HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Sean_riordan@fd.org

Attorney for Defendant
GABRIEL SANCHEZ-MADRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GABRIEL SANCHEZ-MADRIS, and<br>MARK ESPINOZA,<br><br>Defendants. | Case No.  2:17-cr-140-JAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME<br><br>Date:  March 13, 2018<br>Time:  9:15 A.M.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, United States Attorney McGregor W. Scott, through Assistant United States Attorney Timothy H. Delgado, attorney for Plaintiff; Federal Defender Heather Williams, through Assistant Federal Defender Sean Riordan, attorney for defendant Gabriel Sanchez Madris; and Dina Santos, attorney for defendant Mark Espinoza that the previously scheduled status conference date of March 13, 2018 be vacated and the matter be set for status conference on April 3, 2018 at 9:15 a.m.

Defense counsel require additional time to review 84 pages of written discovery materials and a video file, to conduct additional defense investigation and to confer with clients regarding a possible change of plea.

Stipulation to Continue                              -1-

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date of this stipulation, February 16, 2018, through and including March 13, 2018; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon defense preparation.

All counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: March 9, 2018    HEATHER E. WILLIAMS
Federal Defender

*/s/ Sean Riordan*
SEAN RIORDAN
Assistant Federal Defender
Attorney for Defendant
Gabriel Sanchez-Madris

Dated: March 9, 2018    */s/ Dina Santos*
DINA SANTOS
Attorney for Defendant
Mark Espinoza

Dated: March 9, 2018    McGREGOR W. SCOTT
United States Attorney

By:    */s/ Timothy H. Delgado*
TIMOTHY DELGADO
Assistant U.S. Attorney
Attorney for Plaintiff

Stipulation to Continue    -2-

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from the date the parties' stipulation, March 9, 2018, up to and including April 3, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for defense counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the March 13, 2018 status conference shall be continued until April 3, 2018, at 9:15 a.m.

Dated: March 9, 2018          /s/ John A. Mendez_____
                              Hon. John A. Mendez
                              United States District Court Judge

Stipulation to Continue                    -3-