1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  SEAN RIORDAN, #255752
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   Sean_riordan@fd.org
5
   Attorney for Defendant
6  GABRIEL SANCHEZ-MADRIS

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,            )  Case No.  2:17-cr-140-JAM
                                         )
11              Plaintiff,               )  STIPULATION AND ORDER TO CONTINUE
                                         )  STATUS CONFERENCE, AND TO EXCLUDE
12          vs.                          )  TIME
                                         )
13  GABRIEL SANCHEZ-MADRIS, and          )  Date:  April 3, 2018
    MARK ESPINOZA,                       )  Time:  9:15 A.M.
14                                       )  Judge: Hon. John A. Mendez
                Defendants.              )
15  _____  )

16

17          IT IS HEREBY STIPULATED by and between the parties hereto through their

18  respective counsel, United States Attorney McGregor W. Scott,  through Assistant United States

19  Attorney Timothy H. Delgado, attorney for Plaintiff; Federal Defender Heather Williams,

20  through Assistant Federal Defender Sean Riordan, attorney for defendant Gabriel Sanchez

21  Madris; and Dina Santos, attorney for defendant Mark Espinoza that the previously scheduled

22  status conference date of April 3, 2018 be vacated and the matter be set for status conference on

23  April 10, 2018 at 9:15 a.m.

24          Defense counsel require additional time for defense mitigation investigation.

25          Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

26  excluded from the date of this stipulation, March 28, 2018, through and including April 10,

27  2018;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General

28

    Stipulation to Continue                    -1-

1    Order 479, Local Code T4 based upon defense preparation.

2            All counsel and the defendants also agree that the ends of justice served by the Court

3    granting this continuance outweigh the best interests of the public and the defendants in a speedy

4    trial.

5                                                    Respectfully submitted,

6    Dated:March 28, 2018                           HEATHER E. WILLIAMS
                                                    Federal Defender
7
                                                    */s/ Sean Riordan*
8                                                   SEAN RIORDAN
                                                    Assistant Federal Defender
9                                                   Attorney for Defendant
                                                    Gabriel Sanchez-Madris
10

11   Dated: March 28, 2018                          */s/ Dina Santos*
                                                    DINA SANTOS
12                                                  Attorney for Defendant
                                                    Mark Espinoza
13

14   Dated: March 28, 2018                          McGREGOR W. SCOTT
                                                    United States Attorney
15
                                        By:         */s/ Timothy H. Delgado*
16                                                  TIMOTHY DELGADO
                                                    Assistant U.S. Attorney
17                                                  Attorney for Plaintiff

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue                            -2-

1

ORDER

2       IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3  stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as

4  its order. The Court specifically finds the failure to grant a continuance in this case would deny

5  defense counsel reasonable time necessary for effective preparation, taking into account the

6  exercise of due diligence.  The Court finds the ends of justice served by granting the requested

7  continuance outweigh the best interests of the public and defendants in a speedy trial.

8       The Court orders the time from the date the parties' stipulation, March 28, 2018,  up to

9  and including April 10, 2018, shall be excluded from computation of time within which the trial

10  of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §

11  3161(h)(7)(A) and(B)(iv) [reasonable time for defense counsel to prepare] and General Order

12  479, (Local Code T4). It is further ordered the April 3, 2018 status conference shall be continued

13  until April 10, 2018, at 9:15 a.m.

14

15  Dated:  March 29, 2018            /s/ John A. Mendez_____

16                                 Hon. John A. Mendez
                                 United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28